**STATE of Missouri, ex rel. Leo HAYES, Appellant,**

v.

**Mariano V. FAVAZZA, Respondent.**

**No. ED 82169.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 23, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 11, 2004.

Application for Transfer Denied March 30, 2004.

Canice Timothy Rice, St. Louis, MO, for appellant.

Francis X. Duda, St. Louis, MO, for respondent.

Before GARY M. GAERTNER, SR., P.J., ROBERT G. DOWD, JR., J., MARY R. RUSSELL, J.

*ORDER*

PER CURIAM.

Leo Hayes ("Relator") appeals from the judgment and order of the trial court dis-

missing his petition for a writ of mandamus against Mariano Favazza ("Clerk"). Relator sought to have the trial court order Clerk to assemble a chronological, complete, and minuted legal file for his pending appeal. Relator alleges that his petition was erroneously dismissed for failure to state a claim upon which relief could be granted.

We have reviewed the briefs of the parties and the record on appeal and find that Realtor's point is without merit. A full opinion stating the facts and reasons for our decision would have no jurisprudential value. The parties, however, have been provided with a memorandum for their use only, which establishes the reasons for our decision.

The judgment of the trial court is affirmed pursuant to Rule 84.16(b).